# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>JOHN MCQUILKIN,<br><br>    Defendant. | CRIMINAL ACTION<br><br>No. 94-356-02 |

**MEMORANDUM**

  On November 4, 1994, defendant John McQuilkin pleaded guilty to various charges related to the distribution of methamphetamine. Dkt. 26. He was later sentenced to 60 months imprisonment and 6 years of supervised release. Dkt. 45. It is undisputed that, as a result of his conviction, McQuilkin is prohibited from holding certain positions—including, inter alia, positions of authority within labor organizations—for a period of 13 years following his release from imprisonment. See 29 U.S.C. § 504. McQuilkin was released on April 9, 1999, and his disability thus remains in effect until April 9, 2012.

  On July 27, 2010, McQuilkin filed a pro se Motion for Relief by Reduction of the Length of Disability, dkt. 144, which the court construes as a motion, under § 504, to "set[] a lesser period" of disability. The statute permits such a reduction prior to the expiration of the 13-year bar if the sentencing judge "determines that such person's service in any capacity referred to in [the statute] would not be contrary to the purposes of [the Labor-Management Reporting and

1

Disclosure Act]." The court ordered the government to respond to McQuilkin's motion, dkt. 145, and, on January 31, 2011, the government informed the court that it takes no position on McQuilkin's motion.

Before making a determination of McQuilkin's eligibility for a reduction of disability, the court is required by statute to hold a hearing. *See* 29 U.S.C. § 504. The burden will be on McQuilkin to demonstrate that the holding of a covered labor organization position would not be "contrary to the purposes" of the Labor-Management Reporting and Disclosure Act (LMRDA). That purpose is, as a general matter, to ensure that labor management officials "adhere to the highest standards of responsibility and ethical conduct in administering the affairs of their organizations." LMRDA, §2(a), 29 U.S.C. § 401(a). The contours of that hearing are addressed in the accompanying order.